**Derrick MOORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 53971.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 28, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 3, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Dorothy Mae Hirzy, Sp. Public Defender, Elizabeth R. Brown, St. Louis, for appellant.

William L. Webster, Atty. Gen., L. Timothy Wilson, John M. Morris, Asst. Attys. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM

Movant, Derrick Moore, appeals from the denial of his Rule 27.26 motion without an evidentiary hearing. The motion court's conclusion and judgment are not clearly erroneous. *Sanders v. State,* 738 S.W.2d 856 (1987). An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.16(b).